| | |
|---|---|
| 1 | DARRYL M. WOO (CSB NO. 100513) |
| | *dwoo@fenwick.com* |
| 2 | RODGER R. COLE (CSB NO. 178865) |
| | *rcole@fenwick.com* |
| 3 | JENNIFER L. KELLY (CSB NO. 193416) |
| | *jkelly@fenwick.com* |
| 4 | ALBERT L. SIEBER (CSB NO. 233482) |
| | *asieber@fenwick.com* |
| 5 | MARY E. MILIONIS (CSB NO. 238827) |
| | *mmilionis@fenwick.com* |
| 6 | FENWICK & WEST LLP |
| | 555 California Street, 12th Floor |
| 7 | San Francisco, CA  94111 |
| | Telephone:  (415) 875-2300 |
| 8 | Facsimile:  (415) 281-1350 |

Attorneys for Plaintiffs
CAPCOM CO., LTD. and CAPCOM U.S.A., INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAPCOM CO., LTD., and CAPCOM U.S.A., INC., | Case No. CV-07-08150-JFW-FFM |
| Plaintiffs, | **PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL** |
| v. | |
| CONWAY HO, an individual; HANAHO GAMES, INC.; GOODTIME NOVELTY, INC., d/b/a CHICAGO GAMING CO.; DOUGLAS DUBA, an individual, | |
| Defendants. | |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

NOTICE IS HEREBY GIVEN that Plaintiffs Capcom Co., Ltd. and Capcom U.S.A., Inc. do hereby voluntarily dismiss the above-captioned action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(i).

Dated: February 11, 2008

FENWICK & WEST LLP

By: /s/ Darryl M. Woo
    Darryl M. Woo

Attorneys for Plaintiffs
CAPCOM CO., LTD. and CAPCOM U.S.A., INC.